[No. 8405-4-I.    Division One.    March 16, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. JIMMIE
LEE BEAMON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 90857, Arthur E. Piehler, J., entered January 24, 1980. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Callow and Andersen, JJ.

[No. 8380-5-I.    Division One.    March 16, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHNNY
COOPER, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84446, Jack P. Scholfield, J., entered December 20, 1979. *Affirmed* by unpublished opinion per Callow, J., concurred in by Swanson and Williams, JJ.

[No. 8710-0-I.    Division One.    March 16, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN
EWEN, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 79-1-00668-2, Thomas G. McCrea, J., entered April 17, 1980. *Affirmed* by unpublished opinion per Ringold, A.C.J., concurred in by Williams and Corbett, JJ.